FILED

2019 NOV -6 PM 2:49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:19-cr-185-FtM-38NPM

GABRIEL RIOS-CRUZ  8 U.S.C. §§ 1326(a) and (b)(1)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 13, 2019, in the Middle District of Florida, the defendant,

GABRIEL RIOS-CRUZ,

being an alien of the United States, who previously had been convicted of a felony offense, including:

Illegal Reentry after Deportation or Removal, on or about September 22, 2014,

and was thereafter deported, excluded, and removed from the United States on or about September 30, 2014 and on or about May 27, 2015, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

1

In violation of 8 U.S.C. §§ 1326(a) and (b)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Trenton Reichling
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
November 19

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

GABRIEL RIOS-CRUZ

## INDICTMENT

Violations:   8 U.S.C. § 1326(a) and (b)(1)

A true bill,

_____
Foreperson

Filed in open court this 6th day

of November, 2019.

_____
Clerk

Bail $_____

GPO 863 525